No. 752. ALABAMA, FOR AND IN BEHALF OF AND AS TRUSTEE FOR THE DEPARTMENT OF PENSIONS AND SECURITY OF ALABAMA, ET AL. v. GARDNER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 5th Cir. Certiorari denied. *MacDonald Gallion,* Attorney General of Alabama, *Gordon Madison,* Assistant Attorney Gen-

eral, *Reid B. Barnes,* Special Assistant Attorney General, and *William G. Somerville, Jr.,* for petitioners. *Solicitor General Griswold, Assistant Attorney General Doar* and *David L. Rose* for respondent.

